IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William St. Clair, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-00664-RMU |
| ) | Removed from the Superior Court |
| Raise the Bar, LLC, et al., ) | of the District of Columbia |
| ) | |
| Defendants. ) | |

## CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for Strong Box, Inc., and Ugly, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Strong Box, Inc. or Ugly, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ Nicholas S. McConnell

By:_____
Nicholas S. McConnell (#167742)
1120 – 20th Street, NW (South Tower)
Washington, DC  20036-3437
(T)(202) 457-1600
(F)(202) 457-1678
nmcconnell@jackscamp.com
Counsel for Defendants
Strong Box, Inc.
Ugly, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2007, I caused a copy of the foregoing "CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1" to be served electronically and/or by first class-mail upon:

Thomas P. Silis, Esq.
815 King Street, Suite 310
Alexandria, VA 22314
Counsel for the Plaintiff, William St. Clair, Jr.

Raise the Bar, LLC.
Professional Resident Agent, Inc.
1828 L Street, N.W., Suite 500
Washington, DC 20036

Nicholas S. McConnell