IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William St. Clair, Jr.,<br>5790 Dunster Ct., Apt. 173,<br>Alexandria, VA 22311,<br><br>    Plaintiff,<br><br>v.<br><br>Raise the Bar, LLC,<br>717 6th Street, N.W.,<br>Washington, DC 20001,<br><br>    and<br><br>Ugly, Inc.,<br>2640 U.S. Route 9W,<br>Cornwall, NY 12518,<br><br>    and<br><br>Strong Box, Inc.,<br>2121 South Industrial Road,<br>Suite 107,<br>Las Vegas, NV 89102,<br><br>    and<br><br>UNKNOWN NAMED EMPLOYEE OF<br>COYOTE UGLY BAR AND SALOON,<br><br>    Defendants. | Civil Action No. 1:07-cv-00664-RMU<br>Removed from the Superior Court<br>of the District of Columbia |

### SUPPLEMENTAL PLEADING IN SUPPORT OF
### DEFENDANT, STRONG BOX INC.'S, NOTICE OF REMOVAL

Defendant Strong Box, Inc. ("Strong Box"), by counsel, pursuant to 28 U.S.C. §§ 1441, et seq., 28 U.S.C. § 1332, and Fed. R. Civ. P. 81(c), hereby respectfully submits this Supplemental Pleading In Support of Defendant, Strong Box Inc.'s, Notice of

335183v.1

Removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, as follows:

1. On February 21, 2007, Plaintiff William St. Clair, Jr., filed a Complaint in the Superior Court of the District of Columbia alleging battery against a defendant identified as an "unknown named employee of Coyote Ugly Bar and Saloon" and vicarious liability for the battery, negligent supervision, and negligent hiring/retention against Defendants, Raise the Bar, LLC, Ugly, Inc., and Strong Box, Inc., as alleged employers or principals of the unknown defendant ('St. Clair Action").

2. On April 10, 2007, Defendant Strong Box timely filed a Notice of Removal of the St. Clair Action to this Court. Defendant Ugly, Inc. consented to the removal.

3. Defendant Strong Box has been unable to obtain Defendant Raise the Bar, LLC, and the unknown defendant's consent to the removal at this time.

4. While removal generally requires unanimous consent by all defendants, this court recognizes an exception to that rule "where one or more of the defendants has not yet been served with the initial pleading at the time the removal petition was filed." Kopff v. World Research Group, 298 F. Supp. 2d 50, 54 (D.D.C. 2003).

5. A review of the Civil Docket Entries at the Superior Court for the District of Columbia through the Superior Court's Case Docket Public Access System, fails to show any affidavit of service or other evidence of service for Raise the Bar, LLC, and the unknown defendant, or entry of appearance on their behalf, at any time up to and including the date of this filing.

335183v.1

6. Service cannot possibly have been made on the defendant identified in the Complaint as the "unknown" named employee of Coyote Ugly Bar and Saloon, and as stated in paragraph 5, above, there is no indication that service has been made on Raise the Bar, LLC.

7. Strong Box was able to contact the person believed to be the principal of Raise the Bar, LLC, but has been unable to determine whether service has been made on Raise the Bar, LLC, as of the time this supplemental pleading is being filed.

Wherefore, Defendant, Strong Box, Inc., requests removal of the St. Clair Action to this Court.

> Respectfully submitted,
>
> JACKSON & CAMPBELL, P.C.
>
> By: /s/ Nicholas S. McConnell
> _____
> Nicholas S. McConnell (#167742)
> 1120 – 20th Street, NW (South Tower)
> Washington, DC  20036-3437
> (T)(202) 457-1600
> (F)(202) 457-1678
> nmcconnell@jackscamp.com
> Counsel for Defendants
> Strong Box, Inc.
> Ugly, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April 2007, I caused a copy of the foregoing "SUPPLEMENTAL PLEADING IN SUPPORT OF DEFENDANT, STRONG BOX INC.'S, NOTICE OF REMOVAL" to be served electronically and/or by first class-mail upon:

>Thomas P. Silis, Esq.
>815 King Street, Suite 310
>Alexandria, VA 22314
>Counsel for the Plaintiff, William St. Clair, Jr.
>
>Raise the Bar, LLC.
>Professional Resident Agent, Inc.
>1828 L Street, N.W., Suite 500
>Washington, DC 20036

*/s/ Nicholas S. McConnell*
Nicholas S. McConnell