## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| William St. Clair, Jr.,<br>5790 Dunster Ct., Apt. 173<br>Alexandria, VA  22311 | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | **Case No. 1:7-cv-00664-RMU** |
| Raise the Bar, LLC,<br>717 6th Street, N.W.,<br>Washington, D.C.  20001 | ) <br> ) <br> ) <br> ) | |
| and | ) <br> ) | |
| Ugly, Inc.,<br>2640 U.S. Route 9W,<br>Cornwall, NY  12518 | ) <br> ) <br> ) <br> ) | |
| and | ) <br> ) | |
| Strong Box, Inc.,<br>2121 South Industrial Road,<br>Suite 107,<br>Las Vegas, NV  89102 | ) <br> ) <br> ) <br> ) <br> ) | |
| and | ) <br> ) | |
| UNKNOWN NAMED EMPLOYEE OF<br>COYOTE UGLY BAR AND SALOON, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## CONSENT MOTION FOR CONTINUANCE
## OF THE INITIAL STATUS HEARING

Defendants Strong Box, Inc. and Ugly, Inc. (collectively referred to as the

"Defendants"), by counsel, hereby respectfully move the Court, pursuant to the Court's

Standing Order, ¶ 6, to grant Defendants' consent motion for a continuance of the initial

status hearing currently scheduled in this case for June 18, 2007, and in support thereof aver as follows:

1.     The above referenced matter was originally filed in the Superior Court of the District of Columbia.

2.     On April 10, 2007, Defendant Strong Box, Inc. timely removed the case to this Honorable Court.

3.     On April 17, 2007, this Court scheduled an initial status hearing in this matter for June 18, 2007 at 9:45 a.m.

4.     The Defendants hereby request that the status conference be continued for approximately one-month, in order for Plaintiff's counsel to gain admission to this Court.

5.     By way of further explanation, on or about Tuesday, June 5, 2007, Plaintiff's and Defendants' counsel participated in a telephone conference to continue their prior discussions regarding the above-referenced case in preparation for filing their disclosures for the June 18, 2007, status conference.

6.     At that time, Plaintiff's counsel informed Defendants' counsel that he was not admitted to this Court, and was unable to obtain admission to this Court in sufficient time to file the necessary disclosures for the initial status hearing as required by Local Civil Rule 16.3(d). Plaintiff's counsel stated that during the time since removal of this case to this Court, he undertook diligent efforts to locate an attorney to serve as a sponsor on the application for admission form, and it was not until just recently that he was able locate one. Plaintiff's counsel further stated that on June 8, 2007, he

submitted the application for his admission to this Court, with the intention to be sworn in on July 2, 2007.

7.    At the time, the parties agreed that in the interest of justice and the smooth administration of this case, they would seek a continuance from this Court of the June 18, 2007 initial status hearing.

8.    Defendants did not file disclosures in reliance upon Plaintiff's prior agreement to seek a continuance of the June 18, 2007 initial status hearing.

9.    Although Defendants have no reason to believe that Plaintiff has changed its position and believes that Plaintiff still wishes to seek the requested continuance, Defendants' counsel attempted to confer with Plaintiff's counsel (by telephone and email) prior to filing the instant motion but was unable to reach him.  As a result, Defendants' counsel is filing the instant motion without Plaintiff's express approval of the instant motion in its present form.

10.    No prior continuance has been requested in this case.

11.    No parties will be prejudiced by the Court granting this modest continuance.

12.    As required by ¶ 6 of the Court's Standing Order entered in this case, the parties suggest the following alternate dates and times for continuance of the initial status hearing: July 17 at 9:45 am; July 18 at 9:45 am; July 19 at 9:45 am., or July 20 at 9:45 am.

Wherefore, Defendants respectfully request that this Honorable Court grant Defendants' Consent Motion for Continuance of the Initial Status Hearing.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


By:_____
Maria A. Hall (#488727)
Nicholas S. McConnell (#167742)
1120 – 20th Street, NW (South Tower)
Washington, DC  20036-3437
(T)(202) 457-1600
(F)(202) 457-1678
mhall@jackscamp.com
Counsel for Defendants Strong Box, Inc.
and Ugly, Inc.

## <u>LOCAL RULE 7(M) CERTIFICATE</u>

I hereby certify that, prior to filing this motion, I obtained opposing counsel's consent to the relief requested herein.

_____
Maria A. Hall

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

William St. Clair, Jr.,                                )
5790 Dunster Ct., Apt. 173                             )
Alexandria, VA 22311                                   )
                                                       )
        Plaintiff,                                     )
                                                       )
            v.                                         )      **Case No. 1:7-cv-00664-RMU**
                                                       )
Raise the Bar, LLC,                                    )
717 6th Street, N.W.,                       )
Washington, D.C. 20001                                 )
                                                       )
        and                                            )
                                                       )
Ugly, Inc.,                                            )
2640 U.S. Route 9W,                                    )
Cornwall, NY 12518                                     )
                                                       )
        and                                            )
                                                       )
Strong Box, Inc.,                                      )
2121 South Industrial Road,                            )
Suite 107,                                             )
Las Vegas, NV 89102                                    )
                                                       )
        and                                            )
                                                       )
UNKNOWN NAMED EMPLOYEE OF                               )
COYOTE UGLY BAR AND SALOON,                            )
                                                       )
        Defendants.                                    )

## STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
## CONSENT MOTION FOR CONTINUANCE
## OF THE INITIAL STATUS HEARING

1.    The Court's Standing Order, ¶ 6.

2.    The entire record herein.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _M+all_____

Maria A. Hall (#488727)
Nicholas S. McConnell (#167742)
1120 – 20th Street, NW (South Tower)
Washington, DC  20036-3437
(T)(202) 457-1600
(F)(202) 457-1678
mhall@jackscamp.com
Counsel for Defendants Strong Box, Inc.
and Ugly, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for

Continuance of the Initial Status Hearing, Statement of Points and Authorities in

support thereof, and proposed form of Order was sent via first class mail,

postage prepaid, this 8th day of June, 2007 to:

> Thomas P. Silis, Esquire
> 815 King Street, Suite 310
> Alexandria, VA  22314
> Counsel for the Plaintiff William St. Clair, Jr.


_____
Maria A. Hall

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

William St. Clair, Jr.,                )
5790 Dunster Ct., Apt. 173             )
Alexandria, VA  22311                  )
                                       )
                                       )
    Plaintiff,     )
                                       )
                                       )
      v.  )     **Case No. 1:7-cv-00664-RMU**
                                       )
Raise the Bar, LLC,                    )
717 6th Street, N.W.,       )
Washington, D.C.  20001                )
                                       )
                                       )
    and            )
                                       )
Ugly, Inc.,                            )
2640 U.S. Route 9W,                    )
Cornwall, NY  12518                    )
                                       )
                                       )
    and            )
                                       )
Strong Box, Inc.,                      )
2121 South Industrial Road,            )
Suite 107,                             )
Las Vegas, NV  89102                   )
                                       )
                                       )
    and            )
                                       )
UNKNOWN NAMED EMPLOYEE OF              )
COYOTE UGLY BAR AND SALOON,            )
                                       )
    Defendants.    )

**ORDER GRANTING "CONSENT MOTION FOR
CONTINUANCE OF THE INITIAL STATUS HEARING"**

Upon consideration of the Consent Motion for Continuance of the Initial

Status Hearing and the entire record herein, it is this _____ day of

_____, 2007, hereby

2

ORDERED, that the Consent Motion be, and the same hereby is,

GRANTED; and it is further

ORDERED, that the Initial Status Hearing be, and the same hereby is,

continued from June 18, 2007, at 9:45 a.m. to _____ _____, 2007, at

_____:_____ a.m./p.m.

SO ORDERED.

_____
The Honorable Ricardo M. Urbina
United States District Judge

COPIES TO:


Nicholas S. McConnell, Esquire
Maria A. Hall, Esquire
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, D.C.  20036-3437

Counsel for Defendants Strong Box, Inc. and Ugly, Inc.


Plaintiff William St. Clair, Jr.
c/o Thomas P. Silis, Esquire
815 King Street, Suite 310
Alexandria, VA  22314