## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William St. Clair, Jr.,           ) | |
| 5790 Dunster Ct., Apt. 173   ) | |
| Alexandria, VA  22311         ) | |
|                                              ) | |
|           Plaintiff,                     ) | |
|                                              ) | |
|           v.                               ) | **Case no. 1:7-cv-00664-RMU** |
|                                              ) | |
| Raise the Bar, LLC,             ) | |
| 717 6th Street, N.W.,           ) | |
| Washington, D.C.  20001    ) | |
|                                              ) | |
|           and                             ) | |
|                                              ) | |
| Ugly, Inc.,                             ) | |
| 2640 U.S. Route 9W,           ) | |
| Cornwall, NY  12518           ) | |
|                                              ) | |
|           and                             ) | |
|                                              ) | |
| Strong Box, Inc.,                  ) | |
| 2121 South Industrial Road, ) | |
| Suite 107,                             ) | |
| Las Vegas, NV  89102         ) | |
|                                              ) | |
|           and                             ) | |
|                                              ) | |
| UNKOWN NAMED EMPLOYEE OF ) | |
| COYOTE UGLY BAR AND SALOON, ) | |
|                                              ) | |
|           Defendants.                ) | |
|                                              ) | |
|                                              ) | |
|                                              ) | |

### PLAINTIFF'S MOTION FOR LEAVE OF COURT  TO DISMISS WITHOUT PREJUDICE

The Plaintiff, William St. Clair, Junior (hereinafter "William St. Clair"), by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby respectfully moves for the voluntary dismissal of his case, without Prejudice, and states as follows:

1. Upon information and belief, Plaintiff William St. Clair has been deployed on behalf of the United States Army.

2. Counsel has been unable to reach the Plaintiff, and the military is unable to confirm Plaintiff's deployment.

3. Plaintiff hereby requests a tolling of the Statute of Limitations as provided for in the Service members Civil Relief Act of 2003.

WHEREFORE, Plaintiff William St. Clair, through undersigned counsel, moves the Court for its Order dismissing his case without prejudice pursuant to his request.

Respectfully submitted,

Law Office of Thomas P. Silis, PLLC


By: _____/s/_____
      Thomas P. Silis
      815 King Street, Suite 304
      Alexandria, Virginia 22314
      Telephone: (703) 706-0075

Attorney for Plaintiff William St. Clair, Junior

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Dismiss without Prejudice and proposed Order was sent via first class mail, this 31st day of October, 2007 to:

Nicholas S. McConnell, Esq.
Maria A. Hall, Esq.
Jackson & Campbell, P.C.
1120 20th Street, NW
South Tower
Washington, D.C.  20036
Counsel for Defendants Strong Box, Inc. and Ugly, Inc.

                                                    /s/
                                     Thomas P. Silis

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| William St. Clair, Jr.,  )<br>5790 Dunster Ct., Apt. 173  )<br>Alexandria, VA  22311  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>Raise the Bar, LLC,  )<br>717 6th Street, N.W.,  )<br>Washington, D.C.  20001  )<br>  )<br>  and  )<br>  )<br>Ugly, Inc.,  )<br>2640 U.S. Route 9W,  )<br>Cornwall, NY  12518  )<br>  )<br>  and  )<br>  )<br>Strong Box, Inc.,  )<br>2121 South Industrial Road,  )<br>Suite 107,  )<br>Las Vegas, NV  89102  )<br>  )<br>  and  )<br>  )<br>UNKOWN NAMED EMPLOYEE OF  )<br>COYOTE UGLY BAR AND SALOON,  )<br>  )<br>  Defendants.  )<br>  )<br>  )<br>  ) | **Case no. GV07-433** |

4

## **ORDER**

Upon consideration of the Plaintiff's Motion to Dismiss without Prejudice, it is this 31st day of October, 2007;

                                                                                          _____
                                                                                          The Honorable Ricardo M. Urbina
                                                                                          United States District Judge

cc:    Nicholas S. McConnell, Esq.
        Maria A. Hall, Esq.
        Jackson & Campbell, P.C.
        1120 20th Street, NW
        South Tower
        Washington, D.C.  20036
        Counsel for Defendants Strong Box, Inc. and Ugly, Inc.